# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KIM ANDAYA RUBIO,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | CASE NO. 5:26-cv-01409-MRA-JDE<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION AND REQUIRING IMMEDIATE RELEASE FROM CUSTODY** |

Petitioner Francis Kim Andaya Rubio is a citizen of the Philippines who has been detained at the Adelanto Detention Facility by U.S. Immigration and Customs Enforcement ("ICE") since June 2025. ECF 1 at 5-7. Alleging that his detention is unlawful, Petitioner seeks release from ICE custody under 28 U.S.C. § 2241. *Id.* at 157. On April 17, 2026, Respondents answered the petition, stating that they "are not presenting an opposition argument to the Petition at this time" and that "no more filings or proceedings will be necessary in this matter." ECF 11 at 2. On April 21, 2026, Petitioner filed a request for a prompt resolution of the Petition in light of the government's non-opposition. ECF 12.

On April 21, 2026, the magistrate judge assigned to this case issued a Report and Recommendation, recommending that the Court grant the Petition and order the government to provide Petitioner with a bond hearing within 7 days, dismiss the Ex Parte Application for a Temporary Restraining Order and Motion for a Preliminary Injunction (ECF 5) as moot, and deny other relief sought in the Petition and dismiss the Petition without prejudice. ECF 13. The magistrate judge set deadlines to file objections to the Report and Recommendation within three days and responses to any objections within three days. *Id.* at 6. However, the Court construes

Respondents' clear statement that "no more filings or proceedings will be necessary in this matter" to mean they do not object to the Report and Recommendation.  ECF 11 at 2.

The Court has reviewed and considered the Report and Recommendation and all the filings in this case and agrees that the Petition should be granted. Nevertheless, because the § 2241 petition is unopposed and Respondents therefore provide no legal justification for Petitioner's ongoing detention, the Court finds that Petitioner is entitled to full relief and should be immediately released from ICE custody.  *See* Fed. R. Civ. P. 72(b)(3) (explaining that the District Judge "may accept, reject, or modify the [Magistrate Judge's] recommended disposition").

So construed, the petition is **GRANTED**.  Respondents are **ORDERED** to released Petitioner from ICE custody immediately.  The Ex Parte Application for a Temporary Restraining Order and Motion for a Preliminary Injunction (ECF 5) is **DISMISSED** as moot.  Judgment will be entered accordingly.

**IT IS SO ORDERED.**

DATED: April 23, 2026

_____
MONICA RAMIREZ ALMADANI
United States District Judge

2