**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KIM ANDAYA RUBIO,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-01409-MRA-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Francis Kim Andaya Rubio is to be released from the custody of Immigration and Customs Enforcement immediately.

DATED: April 23, 2026

_____
MONICA RAMIREZ ALMADANI
United States District Judge